NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DURAMED PHARMACEUTICALS, INC.,**
*Plaintiff-Appellant,*

**v.**

**WATSON LABORATORIES, INC.,**
*Defendant-Appellee.*

---

2011-1438

---

Appeal from the United States District Court for the District of Nevada in No. 08-CV-0116, Judge Larry R. Hicks.

---

**JUDGMENT**

---

VERNON M. WINTERS, Greenberg Traurig, LLP, of San Francisco, California, argued for plaintiff-appellant. With him on the brief was CHARANJIT BRAHMA, of Washington, DC.

MARK T. JANSEN, Kilpatrick Townsend and Stockton, LLP, of San Francisco, California, argued for defendant-appellee. With him on the brief were GIA L. CINCONE; and CEDRIC C. Y. TAN and KRISTIN M. COOKLIN, of Washington, DC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, LINN, and PROST, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 10, 2011          /s/ Jan Horbaly
Date                              Jan Horbaly
                                  Clerk